UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>      Plaintiff,            )<br>                              )<br>v.                            )<br>                              )<br>BRADY ALEXANDER DOUGHTY,      )<br>                              )<br>      Defendant.            ) | Case No. CR-25-427-R |

## ORDER

Now before the Court is the Unopposed Motion for Psychiatric Examination [Doc. No. 16], filed by counsel for Defendant Brady Alexander Doughty. Defendant's Motion seeks a determination, pursuant to 18 U.S.C. §§ 4241 & 4242, as to whether Defendant may be presently suffering from a mental disease or defect rendering him mentally incompetent to the extent he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense and whether Defendant, at the time of the alleged commission of the acts constituting the offense, as a result of a severe mental disease or defect, was unable to appreciate the nature and quality or the wrongfulness of any alleged acts.

Having considered Defendant's unopposed Motion, and finding reasonable cause therefore:

1

IT IS ORDERED that Defendant Brady Alexander Doughty be committed to the custody of the Attorney General, for a period not to exceed forty-five (45) days, for an examination by at least one qualified psychiatrist or psychologist to determine:

> Whether Defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. *See* 18 U.S.C. § 4241; *Dusky v. United States*, 362 U.S. 402 (1960); and

> Whether Defendant, at the time of the alleged commission of the acts constituting the offense, as a result of a severe mental disease or defect, was unable to appreciate the nature and quality or the wrongfulness the alleged acts. *See* 18 U.S.C. § 17(a).

IT IS FURTHER ORDERED that the examiner shall prepare and file with the Court the reports prescribed in 18 U.S.C. § 4247(b) and (c), with copies provided to counsel for Defendant and to Plaintiff's counsel. Said report should include (1) Defendant's history and present symptoms; (2) a description of the psychiatric, psychological, and medical tests that were employed and their results; (3) the examiner's findings; and (4) the examiner's opinion as to diagnosis, prognosis, whether Defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him, or to assist properly in his defense, and whether Defendant was insane at the time of the offense charged.

IT IS FURTHER ORDERED the United States Marshal for the Western District of Oklahoma shall notify the Unites States Bureau of Prisons of this Court's Order as soon as possible and upon completion of said examination return Defendant to this Court for further proceedings. The Court recommends the evaluation be conducted at a Federal Medical

Center. Pursuant to 18 U.S.C. § 3161(h)(1)(A), the Court orders this period of time be deemed excludable under the provision of the Speedy Trial Act.

Accordingly, the jury trial currently set for December 2nd, 2025 is stricken to be reset at a later date.

IT IS ORDERED this 7th day of November 2025.

*David L. Russell*
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE